IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JAMES BROOKS, DONALD HAMLETTE, *and* SAMUEL ST. JOHN,<br>*Plaintiffs*, | CIVIL NO. 6:08CV00028-30 |
| v. | **ORDER** |
| HOWARD R. ARTHUR, SR., *and* RANDAL W. MITCHELL,<br>*Defendants*. | JUDGE NORMAN K. MOON |

This matter is before the Court on the Defendants' Motion to Dismiss the Plaintiffs' amended complaints. For the reasons set forth in the accompanying Memorandum Opinion, the Defendants' Motion is **GRANTED**. Counts I and II of the amended complaints are **DISMISSED** with prejudice. Count III of the amended complaints is **DISMISSED** without prejudice. This case is **TERMINATED** and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this ____ day of April, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE