
CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAR 30 2011
BY: JULIA C. DUDLEY, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JAMES BROOKS, DONALD HAMLETTE, and SAMUEL ST. JOHN,<br>*Plaintiffs,*<br><br>v.<br><br>HOWARD R. ARTHUR, SR., in his individual capacity, and RANDAL W. MITCHELL,<br>*Defendants.* | CASE NO. 6:08-cv-00028<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' Motion to Dismiss Complaint of Samuel L. St. John, Deceased, filed on February 25, 2011 (docket no. 56).

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion is hereby DENIED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTERED this 30th day of March, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE